TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Summer.Johnson@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MOISES RODAS,<br><br>  Petitioner,<br><br>  v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAM BONDI, United States Attorney General; TODD LYONS, Director of United States Immigration and Customs Enforcement; BRYAN WILCOX, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement, Department of Homeland Security; WARDEN, Henderson Detention Center; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Respondents. | Case No. 2:25-cv-02216-RFB-BNW<br><br>**Joint Proposed Briefing Schedule** |

On December 8, 2025, the Court issued an order (ECF No. 19) directing the parties to submit a joint proposed briefing schedule for Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 8). In light of the upcoming federal holidays and previously scheduled out-of-country travel by counsel for Federal Respondents from January 3 through January 11, 2026, the parties propose the following briefing schedule:

- **January 26, 2026:** Respondents file their response to the Petition
- **February 2, 2026:** Petitioner files his reply

Respectfully submitted this 19th day of December 2025.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney


AZTEC LEGAL GROUP, LLC


/s/ Jeremy Mondejar
Jeremy Mondejar
Attorneys for Petitioner

**IT IS SO ORDERED.**                                   Dated: January 6, 2026.

_____
District Judge Richard F. Boulware, II